UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CASTELLON,<br><br>　　　　　　　　Plaintiff,<br>v.<br>ANDERSON, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:25-cv-00005-MMD-CSD<br><br>ORDER |

　　　This action was filed on January 3, 2025. (ECF No. 1-1.) The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by September 9, 2025. (ECF No. 8.) To date, no proof of service has been filed.

　　　Accordingly, it is ordered, adjudged and decreed that this action is dismissed without prejudice.

　　　DATED THIS 12th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE